THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Russell L. Holley, Appellant.
 
 
 

Appeal From York County
  Lee S. Alford, Circuit Court Judge

Opinion No. 2004-UP-468
 Submitted September 15, 2004  Filed September 16, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant. 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia, and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Russell L. Holley appeals his 
 convictions and sentences for murder and assault and battery of a high and aggravated 
 nature.  Counsel for Holley attached to the final brief a petition to be relieved 
 as counsel.  Holley filed a separate pro se response.  
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Holleys appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED.
STILWELL, BEATTY, and SHORT, JJ., concur.